IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Sherell Hawkins, | C/A No.: 1:11-3438-TLW-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Salvation Army, Anglea Repass, David Repass, Melissa Smith, | |
| Defendants. | |

    Plaintiff Sherell Hawkins ("Plaintiff") filed this employment discrimination case against defendants on December 16, 2011. [Entry #1]. On December 22, 2011, the court sent Plaintiff special interrogatories to be answered by her and filed with the court. [Entry #7]. Plaintiff filed her answers to the court's special interrogatories on January 10, 2012. [Entry #11]. The court propounded its first supplemental special interrogatories to Plaintiff on February 6, 2012, noting in the docket entry that responses were due on February 22, 2012. [Entry #14]. To date, the court has not received a response to the supplemental special interrogatories. Plaintiff is ordered to provide answers to the first supplemental special interrogatories by **March 12, 2012**. If Plaintiff fails to provide answers by the foregoing deadline, this case may be dismissed for failure to prosecute and for failure to comply with an order of this court under Fed. R. Civ. P. 41.

    Also before the court is Plaintiff's motion for discovery. [Entry #17]. Plaintiff's motion requests information from defendants in connection with her lawsuit. It does not appear from the motion that Plaintiff has submitted the requests to defendants prior to

filing her motion. Plaintiff is advised that the proper procedure for requesting information from defendants is contained in Fed. R. Civ. P. 33 and 34. Specifically, if the court authorizes Plaintiff to proceed with this lawsuit and authorizes service of process on defendants, then upon defendants' appearance, the court would authorize the commencement of discovery through issuance of a scheduling order. Thereafter, Plaintiff could serve her discovery requests on counsel for defendants and they should not be filed with the court. Therefore, Plaintiff's motion for discovery [Entry #17] is denied.

IT IS SO ORDERED.

March 1, 2012                                              Shiva V. Hodges
Columbia, South Carolina                          United States Magistrate Judge